**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Worldwide Recycling Equipment Sales, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Vulcan Systems** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0733639** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1414 Riley Industrial Dr.** **Moberly, MO 65270** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Randolph** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)     _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Worldwide Recycling Equipment Sales, LLC**
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Worldwide Recycling Equipment Sales, LLC**                                    Case number *(if known)* _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Worldwide Recycling Equipment Sales, LLC**                              Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  6, 2017**
              MM / DD / YYYY

**X** **/s/ Jeff Sayre**                                    **Jeff Sayre**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ J. Talbot Sant, Jr.**                           Date  **July  6, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**J. Talbot Sant, Jr.**
Printed name

**The Affinity Law Group**
Firm name

**1610 Des Peres Road**
**Suite 100**
**Saint Louis, MO 63131**
Number, Street, City, State & ZIP Code

Contact phone  **314-872-3333**        Email address  **tsant@affinitylawgrp.com**

**35324**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Worldwide Recycling Equipment Sales, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABB, Inc. Post Office Box 88868 Chicago, IL 60695 | | | | | | $49,556.07 |
| Advantage Metals Recycling 705 Proctor Drive Columbia, MO 65202 | | | | | | $90,000.00 |
| Alloy Engineering Co. 844 Thacker Street Berea, OH 44017 | | | | | | $75,087.70 |
| AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265 | | Credit card purchases | | | | $47,674.10 |
| BANK OF AMERICA BUSINESS CARD PO BOX 15796 WILMINGTON, DE 19886 | | Credit card purchases | | | | $73,346.02 |
| BANK OF AMERICA VISA CREDIT CARD BUSINESS CARD PO BOX 15796 WILMINGTON, DE 19886 | | Credit card purchases | | | | $71,509.89 |
| BDI Post Office Box 6128 Cleveland, OH 44194 | | | | | | $82,260.01 |
| Cera Materials 226 Route 209 Port Jervis, NY 12771 | | | | | | $42,075.00 |

Debtor   **Worldwide Recycling Equipment Sales, LLC**                                   Case number *(if known)* _____
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Drinkard Research and Development 321 Atando Avenue Charlotte, NC 28206** | | | | | | $33,757.94 |
| **ERIEZ MANUFACTURING 2200 ASBURY ROAD ERIE, PA 16506** | | | | | | $100,000.00 |
| **Fives North America Department 781675 Post Office Box 78000 Detroit, MI 42878** | | | | | | $63,120.80 |
| **JCI Post Office Box 411114 Kansas City, MO 64141** | | | | | | $42,550.01 |
| **Miracle Supply Company, Inc. 1580 North and South Road Saint Louis, MO 63110** | | | | | | $50,368.55 |
| **On Site Gas Systems Budney Industrial Park 35 Budney Road Newington, CT 06111** | | | | | | $32,677.75 |
| **Power Torque 425 Old State Road Ballwin, MO 63021** | | | | | | $81,484.80 |
| **Refractory & Insulation Post Office Box 391 Bettendorf, IA 52722** | | | | | | $40,454.00 |
| **SBS Corporation 113 East University Drive Suite 5 Rochester, MI 48307** | | | | | | $37,327.00 |
| **Sedalia Steel Supply, Inc. 1900 Rissler Road Sedalia, MO 65301** | | | | | | $71,833.74 |
| **United Healthcare Dept. CH 10151 Palatine, IL 60055** | | | | | | $36,387.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Worldwide Recycling Equipment Sales, LLC**                                 Case number *(if known)*
_____                              _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US BANK**<br>**PO BOX 790448**<br>**ST LOUIS, MO 63179** | | | | | | **$36,566.90** |

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Worldwide Recycling Equipment Sales, LLC**          Case No. _____

                       Debtor(s)          Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __ **14** __ page(s) and is true, correct and complete.


                           **/s/ Jeff Sayre** _____

                           **Jeff Sayre/President**
                           Signer/Title


                   Dated:    **July 6, 2017** _____

(L.F. 2 Rev. 03/03)
Best Case Bankruptcy

A&A Magnetics
Post Office Box 1427
Magnet Way
Woodstock, IL 60098

ABB, Inc.
Post Office Box 88868
Chicago, IL 60695

Advance Machine Corporation
1410 Commerce Street
Benton, AR 72015

Advanced Valve
212 Fabrication Drive
Fenton, MO 63026

Advantage Metals Recycling
705 Proctor Drive
Columbia, MO 65202

Airgas USA LLC
Post Office Box 532609
Atlanta, GA 30353

Alloy Engineering Co.
844 Thacker Street
Berea, OH 44017

Allways Trucking
3639 Aviation wAY
Medford, OR 97504

Ally Financial
Post Office Box 380902
Minneapolis, MN 55438

Alroy Steel Corp.
24879 Network Place
Chicago, IL 60673

Ameren
Post Office Box 88068
Chicago, IL 60680

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265

American Industrial Repair
912 Third Avenue
Dayton, KY 41074

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60680

Automation Direct
Post Office Box 402417
Atlanta, GA 30384

Awerkamp
237 North 7th Street
Quincy, IL 62301

Badlands
2211 S 156th Circle
Suite 2B
Omaha, NE 68130

BANK OF AMERICA BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886

BANK OF AMERICA VISA CREDIT CARD
BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886

Bank of Kirksville
Post Office Box 787
Kirksville, MO 63501

Bates Sales Company
Post Office Box 540757
Dallas, TX 75354

BDI
Post Office Box 6128
Cleveland, OH 44194

Belt Service
4143 Rifer Trail North
Earth City, MO 63045

Berkshire Hathaway
Post Office Box 844501
Los Angeles, CA 90084

Bex, Inc.
836 Phoenix Drive
Ann Arbor, MI 48108

Black Brothers
1028 County Road 2375
Moberly, MO 65270

Blue Grace Logistics
2846 S. Falkenburg Road
Riverview, FL 33578

BNP Media
Post Office Box 2600
Troy, MI 48007

Boone Quarries
3101 N. Creasy Springs Road
Columbia, MO 65202

Brock A. Patton
114 Westwoods Drive
Liberty, MO 64068

Buchanan Hauling
4625 Industrial Road
Fort Wayne, IN 46825

Cardinal Pump
12154 Lackland Road
Saint Louis, MO 63146

Cera Materials
226 Route 209
Port Jervis, NY 12771

CFE Custom Fabrication
2900 Rissler Road
Sedalia, MO 65301

Chariton Tire
120 West 24 Highway
Salisbury, MO 65281

Chicago Metal
3715 S. Rockwell Street
Chicago, IL 60637

Christopher Allen Thornton
9202 Litzsinger Road
Saint Louis, MO 63144

Cincinatti Insurance
Post Office Box 145620
Cincinnati, OH 45250

Circle Logistics
Post Office Box 8067
Fort Wayne, IN 46898

Cole-Parmer
625 Bunker Court
Vernon Hills, IL 60061

Commerce Bank/Enterprise
Post Office Box 846451
Kansas City, MO 64184

Culligan Water Conditioning
1801 Commerce Court
Columbia, MO 65202

David Crane
7701 Forsyth Boulevard
Suite 800
Saint Louis, MO 63105

Dille Crane Service
33852 Lone Tree Place
Macon, MO 63552

Direct Tv
Post Office Box 60036
Los Angeles, CA 90060

Douglas Manufacturing
300 Industrial Park Drive
Pell City, AL 35125

Drilling Contractor
10370 Richmond Avenue
Suite 760
Houston, TX 77042

Drinkard Research and Development
321 Atando Avenue
Charlotte, NC 28206

Dry Coolers
575 South Gilaspie Court
Oxford, MI 48371

Duane Scheuren
2525 14th Avenue North
Escanaba, MI 49829

DXP Enterprises, Inc.
Post Office Box 201791
Dallas, TX 75320

Eclipse Inc.
1665 Elmwood Road
Rockford, IL 61103

EIW LLC
129 E. Holcomb Avenue
Des Moines, IA 50313

ERIEZ MANUFACTURING
2200 ASBURY ROAD
ERIE, PA 16506

Faber and Brand Law Office
Attn: Jonathan Shoener
Post Office Box 10110
Columbia, MO 65205-2000

Fastenal Co.
Post Office Box 978
Winona, MN 55987

Fastenal Vending
Post Office Box 1286
Winona, MN 55987

Feeco International
3913 Algoma Road
Green Bay, WI 54311

Fire Safety Inc.
3014 David Drive
Columbia, MO 65202

Fives North America
Department 781675
Post Office Box 78000
Detroit, MI 42878

Flexicraft
2315 West Hubbard Street
Chicago, IL 60693

Ford Motor Credit
Post Office Box 650575
Dallas, TX 75265

Freedom Trucking Services Inc.
Post Office Box 6946
Kennewick, WA 99336

Galco Industries
26010 Pinehurst Drive
Madison Heights, MI 48071

Gallaher Insurance
110 N. Coal Street
Harrisburg, MO 65256

Gillis Conrad Leonard
233 N Main
Suite 210
Saint Charles, MO 63301

Graybar
Post Office Box 414426
Boston, MA 02241

Graybar Electric Company, Inc.
7701 Forsyth Boulevard
Suite 800
Saint Louis, MO 63105

Hagerty Steel
75 Rimittance Drive
Chicago, IL 60675

HESSE MARTRONE
13354 MANCHESTER ROAD
SUITE 1000
ST LOUIS, MO 63131-1738

IGS Industries
Post Office Box 368
200 Country Club Road
Meadow Lands, PA 15347

Industrial Accessories
4800 Lamar Avenue
Mission, KS 66202

Infinite Logistics
4701 College Boulevard
Suite 104
Leawood, KS 66211

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

J&J Forklift
Post Office Box 160880
Spartanburg, SC 29303

J.P. Whitney
3804 Amaryllis Court
Columbia, MO 65203

James Morris Powell
601 East Broadway
Suite 203
Columbia, MO 65205

JCI
Post Office Box 411114
Kansas City, MO 64141

```
JEFF SAYRE
1160 COUNTY ROAD 1320
MOBERLY, MO 65270

JNI Logistics
1555 E. McAndrews Road
Suite 303
Medford, OR 97504

John Henry Foster
Post Office Box 419161
Saint Louis, MO 63141

Joshua Schindler
141 N Meramec
Suite 201
Saint Louis, MO 63105

Kaman Industrial Technologies
Post Office Box 2536
Fort Wayne, IN 46801

Kansas City Steel
2828 Rochester Avenue
Kansas City, MO 64120

Laura Uberti Hughes
211 N. Broadway
Suite 3600
Saint Louis, MO 63102

LVS Builders
Post Office Box 163
Salisbury, MO 65281

Mark G. Stingley
One Kansas City Place
1200 Main Street
Suite 3500
Kansas City, MO 64105

Mason Manufacturing
Post Office Box 3577
1645 North Railroad
Decatur, IL 62524

Mass Transfer LTD
123 S. 17th Street
La Porte, TX 77571

McMaster Carr
Post Office Box 7690
Chicago, IL 60680
```

Meadow Lark Transport
Post Office Box 50575
Billings, MT 59105

Menardi LLC
Post Office Box 538423
Atlanta, GA 30353

MG Automation & Controls
3078 Finley Island Circle
Decatur, AL 35601

Midwest Valve
1009 Hanley Industrial Court
Saint Louis, MO 63144

Miracle Supply Company, Inc.
1580 North and South Road
Saint Louis, MO 63110

Missouri Department of Revenue
PO BOX 3800
JEFFERSON CITY, MO 65105

Missouri Department of Revenue
301 WEST HIGH STREET
JEFFERSON CITY, MO 65101

Missouri Division of Employment
421 E Dunklin St
JEFFERSON CITY, MO 65101

Missouri Employer Mutual Insurance
Post Office Box 801768
Kansas City, MO 64180

Missouri Employers Mutual-Columbia
101 N. Keene Street
Columbia, MO 65201

Misssouri Department of Revenue
PO BOX 3800
JEFFERSON CITY, MO 65105

Moberly Investments
1200 Highway 24 East
Moberly, MO 65270

Montrose Environmental Group Inc.
1 Park Plaza
Suite 1000
Irvine, CA 92614

Motion Industries
Post Office Box 504606
Saint Louis, MO 63150

MRU Instruments Inc.
13514 Breakwater Path Loop
Houston, TX 77044

Mulhern Belting, Inc.
1238 Saline Street
Kansas City, MO 64116

National Asphalt Pavement Association
Napa Building
5100 Forbes Boulevard
Lanham, MD 20706

New York Blower
Department 20-1004
Post Office Box 5940
Carol Stream, IL 60197

Nifast Corporation
815 Carol Street
Carol Stream, IL 60188

Offshore Technology
222 Palisades Creek Drive
Richardson, TX 75080

OFI Testing Equipment Inc.
11302 Steeplecrest Drive
Houston, TX 77065

Omega Engineering
26904 Network Place
Chicago, IL 60673

On Site Gas Systems
Budney Industrial Park
35 Budney Road
Newington, CT 06111

Pac-Van
79 N. Central Drive
O Fallon, MO 63366

Palladian Publications Limited
15 South Street
Farnham
Surrey, England gu9 7-qu
UNITED KINGDOM

Pegex Hazardous Waste
2693 Research Park Drive
Suite 201
Madison, WI 53711

Pero Sales
1728A Westpark Center Drive
Fenton, MO 63026

Plaza Tire
529 E. Highway 24
Moberly, MO 65270

Power Torque
425 Old State Road
Ballwin, MO 63021

Praxair Distribution Inc.
Department 10660
Palatine, IL 60055

Promac Inc.
Department 28554
Post Office Box 790100
Saint Louis, MO 63179

Provantage LLC
7576 Freedom Avenue NW
North Canton, OH 44720

Rainbo Oil Company
Post Office Box 768
Dubuque, IA 52004

Randolph County Collector
372 Highway JJ 1G
HUNTSVILLE, MO 65259

Redneck Trailer Supplies
2100 N. West Bypass
Springfield, MO 65803

Refractory & Insulation
Post Office Box 391
Bettendorf, IA 52722

Riback Supply Company
2412 Business Loop 70 East
Columbia, MO 65201

Richard Greene Co.
Post Office Box 8397
10742 Kahlmeyer
Saint Louis, MO 63132

Ringpower
Post Office Box 45022
Jacksonville, FL 32232

Romer Labs, Inc.
1301 Stylermaster Drive
Union, MO 63084

Rosedale Products
Post Office Box 1085
Ann Arbor, MI 48106

RT Logistics
3882 Crater Lake Avenue
Medford, OR 97504

Ryerson
24487 Network Place
Chicago, IL 60673

Safety Kleen
2400 Big Bear Court
Columbia, MO 65202

Salesforce
Post Office Box 203141
Dallas, TX 75320

Satellite Specialized Transport
63211 Service Road
Bend, OR 97701

SBS Corporation
113 East University Drive
Suite 5
Rochester, MI 48307

Sedalia Steel Supply, Inc.
1900 Rissler Road
Sedalia, MO 65301

Senninger Power
Post Office Box 840168
Kansas City, MO 64184

Sherwin Williams
502 Business Loop 70 West
Columbia, MO 65203

ShowMe Cables
115 Chesterfield Industrial Boulevard
Chesterfield, MO 63005

Smart Business Products
1901 Vandiver Drive
Columbia, MO 65202

Spraying Systems
Post Office Box 95564
Chicago, IL 60694

Steel and Pipe
Post Office Box 731266
Dallas, TX 75373

Stork Fabrication
Post Office Box 185
Washington, MO 63090

Surplus Center
1015 W O Street
Lincoln, NE 68528

Swanton Welding and Machine
407 Zeiter Way
Swanton, OH 43558

Texas Dairy Review
1521 D. Lingeleville Road
Stephenville, TX 76401

The Price Erecting Company
Centralia, MO 65240

Thermal Solutions
Post Office Box 9343
Greenville, SC 29604

Thompson Reuters
Payment Center
Post Office Box 6292
Carol Stream, IL 60197

Thyssenkrupp Online Metals
Post Office Box 894118
Los Angeles, CA 90189

Time Inc. Affluent
Post Office Box 62272
Tampa, FL 33662

Timeclock Plus
One Timeclock Drive
San Angelo, TX 76904

```
Total Quality Logistics
Post Office Box 634558
Cincinnati, OH 45263

Tranter, Inc.
Department 3275
Post Office Box 123275
Dallas, TX 75312

Triad Bellows Design
2897 East La Cresta Avenue
Anaheim, CA 92806

UL LLC
75 Remittance Drive
Chicago, IL 60675

UMB Bank
Loan Payment Processing
Post Office Box 878454
Kansas City, MO 64187

UMB Bank, N.A.
c/o Michelle M. Masoner
1200 Main Street
Suite 3800
Kansas City, MO 64105

United Healthcare
Dept. CH 10151
Palatine, IL 60055

United Rentals
Post Office Box 840514
Dallas, TX 75284

United Rotary
Post Office Box 219911
Kansas City, MO 64121

Unum Life Insurance
Post Office Box 409548
Atlanta, GA 30384

US BANK
PO BOX 790448
ST LOUIS, MO 63179

VAR RESOURCES
PO BOX 10306
DES MOINES, IA 50306

WEBBCO
Post Office Box 997
Lake Junaluska, NC 28745
```

```
WELLS FARGO
PO BOX 105743
ATLANTA, GA 30348

White Equipment Controls
900 NW Pink Hill Road
Suite B
Blue Springs, MO 64015

Wiggin & Dana LLP
Post Office Box 1832
New Haven, CT 06508

Worldwide Integrated Supply
Post Office Box 88637
Chicago, IL 60680

Worthington Company
140 South College Avenue
Indianapolis, IN 46202

Zoro Tools
1000 Asbury Drive
Suite 1
Buffalo Grove, IL 60089
```