# Memorandum

**Office of the United States Trustee**

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| | |
|---|---|
| **SUBJECT:** | **DATE:** July 12, 2017 |
| Chapter 11 Creditors' Meetings | |

TO:   Debtors' Counsel                                                           FROM: /s/ Paul A. Randolph
                                                                                                  Assistant U. S. Trustee

     Office of General Counsel
     Missouri Department of Revenue

The following Chapter 11 case is set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

**§341 Meeting of Creditors** – August 7, 2017, 1:00 p.m.
**U. S. Trustee Trial Attorney** – Leonora S. Long

**Re:**
Worldwide Recycling Equipment Sales, LLC, **Case No.** 17-20195-705

**Location:**

[✓]   Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, **Room. 6.365A**, St. Louis, Missouri 63102

[ ]   City Council Chambers, City Hall, 401 Independence St., Cape Girardeau, Missouri

[ ]   Municipal Court Room, 1st Floor, 777 Broadway, Hannibal, Missouri